UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 11-30026 |
|---|---|
| Steven Robert Stoehr | (Chapter 13) |
| Beverly Ann Stoehr | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4357394**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 27/ 97 | JAMES P DRESHER<br>LAW OFFICE OF JOSEPH C LUCAS<br>7015 CORPORATE WAY<br>CENTERVILLE, OH  45459 | 81.88 |
| 28/ 98 | JAMES P DRESHER<br>LAW OFFICE OF JOSEPH C LUCAS<br>7015 CORPORATE WAY<br>CENTERVILLE, OH  45459 | 1,537.77 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/27/2016

<u>CERTIFICATE OF SERVICE</u>  11-30026

I hereby certify that on January 28, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

And on the following by ordinary U.S. Mail, on January 28, 2016:

Steven Robert Stoehr
Beverly Ann Stoehr
2920 Robin Rd
Dayton, OH 45409

(110.1n)
ADAM B HALL
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216-5028

(86.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131

(98.1)
JAMES P DRESHER
LAW OFFICE OF JOSEPH C LUCAS
7015 CORPORATE WAY
CENTERVILLE, OH 45459

(77.1n)
JOHN N ZOMOIDA JR
40 S MAIN STREET
POLAND, OH 44514

(115.1n)
JOHN R CUMMINS
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(101.1n)
JOSEPH C LUCAS
LAW OFFICE OF JOSEPH C. LUCAS, LLC
7015 CORPORATE WAY
SUITE 200
CENTERVILLE, OH 45459

(106.1n)
JP MORGAN CHASE BANK NA
C/O FIVE LAKES AGENCY INC
BOX 80730
ROCHESTER, MI 48308

(114.1n)
MAIN ACCOUNTS LLC
BOX 7
LAKEVIEW, OH 43331

(113.1n)
MATT HOLLINGSWORTH, CEO/PRES
SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

(95.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

(112.1n)
RICHARD K DAVIS, CHAIR/PRES/DIR
US BANK NATIONAL ASSOCIATION
425 WALNUT STREET
CINCINNATI, OH 45202-3912

(76.1n)
RYAN HEMMERLE
REISNFELD & ASSOCIATES LPA LLC
3962 RED BANK ROAD
CINCINNATI, OH 45227

JAMES P DRESHER
LAW OFFICE OF JOSEPH C LUCAS
7015 CORPORATE WAY
CENTERVILLE, OH 45459

JAMES P DRESHER
LAW OFFICE OF JOSEPH C LUCAS
7015 CORPORATE WAY
CENTERVILLE, OH 45459

1130026_42_20160127_1535_278/T317_jh